The People of the State of Illinois, Plaintiff-Appellee, *v.* Tommy Peterson, Defendant-Appellant.

(No. 55891; ▮)

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Truschke, Assistant State's Attorneys, of counsel,) for the People.